IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES JACKSON, <br><br> Defendant. | ) ) ) ) ) ) Civil Action No.: 05-0486 ) ) ) ) ) ) |

## [~~PROPOSED~~] DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiff's Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiff for infringement of Plaintiff's copyright in the motion picture listed on Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2. Defendant shall pay Plaintiff's costs of suit herein in the amount of Three Thousand Fifteen Dollars and Sixty-Nine Cents ($3,015.69).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiff's rights under federal or state law in the following copyrighted motion picture:

    - White Chicks; and

    any other motion picture, whether now in existence or later created, that is owned or controlled by Plaintiff (or any parent, subsidiary, or affiliate of Plaintiff) (the "Plaintiff's Motion Pictures"), including without limitation

by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiff's Motion Pictures, to distribute (i.e., upload) any of Plaintiff's Motion Pictures, or to make any of Plaintiff's Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff. Defendant also shall destroy all copies of Plaintiff's Motion Pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

4. The Clerk is directed to mark case closed.

DATED: 1/30/06   By: _____

Hon. Gary C. Lancaster
United States District Judge